UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 2 5 2010

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | | |
|---|---|---|
| Antonio Colbert, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.  10 1794 |
| | ) | |
| | ) | |
| Office of the Clerk of | ) | |
| Southern District of Ohio, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application

to proceed *in forma pauperis*. The application will be granted and the complaint will be

dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) (requiring dismissal of a complaint upon a

determination that it fails to state a claim upon which relief can be granted).

Plaintiff, a District of Columbia resident, sues the Clerk of Court for the Southern District

of Ohio for allegedly refusing to send him "adequit (sic) forms for my case against PNC Bank."

Compl. at 2. Although he pleads no injury, plaintiff seeks $1 million in damages. The complaint

is devoid of a cognizable claim. A separate Order of dismissal accompanies this Memorandum

Opinion.

Date: October 21, 2010

_____
United States District Judge